# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2018

*The Court of Appeals hereby passes the following order:*

## A19E0004.  SMITH et al. v. MURPHY.

Appellants Marvin B. Smith, III and Sharon H. Smith have filed an emergency motion under Court of Appeals Rule 40 (b) seeking to vacate several orders of the trial court below that they allege are void for lack of subject matter jurisdiction. Court of Appeals Rule 40 (b) provides:

> In the exercise of its inherent power, this Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot.  This power shall be exercised sparingly.  Generally, no order shall be made or direction given in an appeal until it has been docketed in this Court.

Because the relief Appellants seek is not within the narrow scope of Rule 40 (b), their motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/20/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*